```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-00118 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | BRIEFING SCHEDULE FOR THE |
| ANTONIO SANCHEZ-GAONA | ) | GOVERNMENT'S OPPOSITION TO |
| | ) | DEFENDANT'S MOTION TO SEVER |
| | ) | AND ORDER |
| Defendant. | ) | |

The parties request that the date for the government's opposition to the defendant's motion to sever in this case be continued from October 17, 2011, to October 24, 2011. The defendant's optional reply brief will be due on October 31, 2011, and the hearing on the motion will remain scheduled for November 3, 2011, at 9:00 a.m.

The parties agree that good cause exists to grant this motion. Specifically, defense counsel believes that the motion may be mooted by developments in the case and is conferring with codefendants' defense counsel and reviewing discovery and other information pertaining to the motion to sever. The government concurs with defense counsel's assessment.

1

If the motion becomes moot or if an additional delay is deemed necessary, the parties will timely inform the Court.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: October 17, 2011  By: /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney

DATE: October 17, 2011  /s/ Michael D. Anderson for
DOUGLAS BEEVERS
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: October 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE