1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANTONIO SANCHEZ-GAONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00118 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO RESET MOTION HEARING |
| v. | ) | |
| | ) | |
| ANTONIO SANCHEZ-GAONA | ) | |
| Defendants. | ) | Date: January 12, 2012 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England |

The parties request that the date for the hearing on defendant's motion to suppress be continued from December 8, 2011, to January 12, 2012. The Government's opposition to the motion to suppress will be due on December 29, 2011. The defendant's optional reply will be due on January 5, 2012.

The reason for the continuance is allow additional time for continued preparation and to investigate the facts of the case. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

///

///

///

**IT IS STIPULATED** that the period from the signing of this Order, up to and including January 12, 2012 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E, for pretrial motions.

Dated: December 7, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTONIO SANCHEZ-GAONA

Dated: December 7, 2011         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Michael Anderson
                                MICHAEL ANDERSON
                                Assistant United States Attorney
                                Attorney for Plaintiff

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is hereby ordered that the briefing schedule be changed to the following: the Government's opposition is due December 29, 2011; the defendant's reply is due January 5, 2012; and the Motion Hearing currently set for December 8, 2011 shall be vacated and reset for January 12, 2012 at 9:00am. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, up to and including, January 12, 2012 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D)and Local Code E, for pretrial motions.

Dated: December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE