1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANTONIO SANCHEZ-GAONA

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 2:11-cr-00118-MCE
                                )
12           Plaintiff,          )
                                ) STIPULATION AND ORDER TO CONTINUE
13     v.                       ) STATUS CONFERENCE
                                )
14 ANTONIO SANCHEZ-GAONA,       )
   et al.,                      ) Date: January 12, 2012
15                              ) Time: 9:00 a.m.
             Defendants.         ) Judge: Hon. Morrison C. England
16                              )
                                )
17 _____ )

18       The parties request that the status conference in this case be
19 continued from December 15, 2011, to January 12, 2012 at 9:00 a.m.  They
20 stipulate that the time between December 15, 2011 and January 12, 2012
21 should be excluded from the calculation of time under the Speedy Trial
22 Act.  The parties stipulate that the ends of justice are served by the
23 Court excluding such time, so that counsel for the defendant may have
24 reasonable time necessary for effective preparation, taking into account
25 the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv).
26 Specifically, counsel needs additional time to negotiate a resolution to
27 this matter and to investigate the facts of the case.
28 ///

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

Dated: December 14, 2011         Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 */s/ Douglas Beevers*
                                 DOUGLAS BEEVERS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ANTONIO SANCHEZ-GAONA

Dated: December 14, 2011         */s/Dina Santos*
                                 DINA SANTOS
                                 Attorney for Defendant
                                 JUAN MARTINEZ-ARIAS

Dated: December 14, 2011         */s/ Gilbert Roque*
                                 GILBERT ROQUE
                                 Attorney for Defendant
                                 DANIEL SALINAS

Dated: December 14, 2011         */s/ Carl Larson*
                                 CARL LARSON
                                 Attorney for Defendant
                                 EDGARDO SOLORIO-CAMACHO

Dated: December 14, 2011         BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Michael Anderson*
                                 MICHAEL ANDERSON
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 15, 2011, be continued to January 12, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 12, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE