```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JUAN OSCAR MARTINEZ-ARIAS
6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. CRS 11-118 MCE
                                 )
12           Plaintiff,           )
                                 ) STIPULATION AND ORDER VACATING
13    v.                         ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
14 JUAN MARTINEZ-ARIAS           )
                  Et al,         )
15                Defendants.    ) Date:  March 22, 2012
                                 ) Time:  9:00 a.m.
16 _____ ) Judge: Hon. England
```

17

18 **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney MICHAEL ANDERSON, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant JUAN MARTINEZ-ARIAS; Attorney Douglas

21 Beevers, Counsel for Defendant ANTONIO SANCHEZ-GAONA; that the status

22 conference scheduled for February 23, 2012, be vacated and the matter

23 be continued to this Court's criminal calendar on March 22, 2012, at

24 9:00 a.m., for further status and possible change of plea.

25    This continuance is requested by the defense in order to continue

26 further client consultation concerning available courses of action, and

27 to continue in negotiations with the Prosecutor to attempt to reach an

28 acceptable plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 22, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: February 21, 2012
/s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
JUAN MARTINEZ-ARIAS

Dated: February 21, 2012
/s/ Doulgas Beevers
DOUGLAS BEEVERS
Attorney for Defendant
ANTONIO SANCHEZ-GAONA

Dated: February 21, 2012
/s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order  2