1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANTONIO SANCHEZ-GAONA

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, ) No. 2:11-CR-00118 MCE
     )
12       Plaintiff, ) **AMENDED** STIPULATION AND ORDER TO
     ) RESET MOTION HEARING
13   v. )
     )
14 ANTONIO SANCHEZ-GAONA, et. al. )
       Defendants. ) Date: March 22, 2012
15     ) Time: 9:00 a.m.
   _____ ) Judge: Hon. Morrison C. England

16

17

18      The parties, Antonio Sanchez-Gaona and the United States request
19 that the date for the hearing on Mr. Sanchez-Gaona's motion to suppress
20 be continued from March 22, 2012, to April 5, 2012. The defendant's
21 optional reply will be due on March 22, 2012. All remaining parties in
22 the case also request that the status conference for all remaining
23 parties in the case be reset from March 22, 2012 until April 5, 2012.
24      The reason for the continuance is allow the court sufficient time to
25 review the pleadings on the motion to suppress. The parties agree a
26 continuance is necessary for this purpose, and agree to exclude time
27 under the Speedy Trial Act accordingly.
28 ///

| | |
|---|---|
| 1 | **IT IS STIPULATED** that the period from the signing of this Order, up |
| 2 | to and including April 5, 2012 be excluded in computing the time within |
| 3 | which trial must commence under the Speedy Trial Act, pursuant to 18 |
| 4 | U.S.C. §3161(h)(1)(D), Local Code E for pretrial motions and 18 U.S.C. |
| 5 | §3161(h)(7)(B)(iv), Local Code T-4 for ongoing preparation of counsel. |

Dated: March 20, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTONIO SANCHEZ-GAONA

Dated: March 20, 2012

*/s/ Dina Santos*
DINA SANTOS
Attorney for
Juan Oscar Martinez-Arias

Dated: March 20, 2012

*/s/ Gilbert Roque*
GILBERT ROQUE
Attorney for Daniel Salinas

Dated: March 20, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael Anderson*
MICHAEL ANDERSON
Assistant United States Attorney
Attorney for Plaintiff

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is |
| 3 | hereby ordered that the briefing schedule be changed to the following: |
| 4 | the defendant Sanchez-Gaona's reply is due March 22, 2012; and the Motion |
| 5 | Hearing currently set for March 22, 2012 shall be vacated and reset for |
| 6 | April 5, 2012 at 9:00 a.m. It is further ordered that the status |
| 7 | conference currently set for March 22, 2012 shall be vacated and reset |
| 8 | for April 5, 2012 at 9:00 a.m. Based on the representation of defense |
| 9 | counsel and good cause appearing therefrom, the Court hereby finds that |
| 10 | the failure to grant a continuance in this case would deny defendant |
| 11 | reasonable time necessary for effective preparation, taking into account |
| 12 | the exercise of due diligence. The Court finds that the ends of justice |
| 13 | to be served by granting a continuance outweigh the best interests of the |
| 14 | public and the defendant in a speedy trial. It is ordered that time from |
| 15 | the date of this Order, up to and including, April 5, 2012 be excluded |
| 16 | from computation of time within which the trial of this matter must be |
| 17 | commenced under the Speedy Trial Act pursuant to pursuant to 18 U.S.C. |
| 18 | §3161(h)(1)(D), Local Code E for pretrial motions and 18 U.S.C. |
| 19 | §3161(h)(7)(B)(iv), Local Code T-4 for ongoing preparation of counsel. |

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE